JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> D/K MECHANICAL CONTRACTORS, INC., a California corporation; DGB CONTRACTOR SERVICES, a California corporation; DONALD RAY GIARRATANO, an individual; and GARY LEE BRUBAKER, an individual, <br><br> Defendants. | Case No.: CV 11-09816 R (AGRx) <br><br> Assigned to the Honorable Manuel L. Real <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to the parties' "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement," and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

This action is dismissed without prejudice; however, the Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

DATED: _Dec. 12, 2011_  _____

UNITED STATES DISTRICT COURT JUDGE

1

Order