JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>D/K MECHANICAL CONTRACTORS, INC., a California corporation; DGB CONTRACTOR SERVICES, a California corporation; DONALD RAY GIARRATANO, an individual; and GARY LEE BRUBAKER, an individual,<br><br>　　　　　Defendants. | Case No.: CV 11-09816 R (AGRx)<br><br>Assigned to the Honorable Manuel L. Real<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

　　　Pursuant to the parties' "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement," and good cause appearing therefore:

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

　　　This action is dismissed without prejudice; however, the Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

DATED: _Dec. 12, 2011_　　　　_____

　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

CV 11-09816 R (AGRX): [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT.DOC

Order